IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS E. GORHAM, JR.,<br><br>        Plaintiff,<br><br>  v.<br><br>A. HEDGPETH, et al.,<br><br>        Defendants. | No. C 12-00890 YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

      Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. The Court has dismissed Plaintiff's complaint with leave to amend. Plaintiff has filed a request for an extension of time to file his amended complaint.

      Good cause appearing, the request is GRANTED. Plaintiff shall file his amended complaint on or by **May 13, 2013.**

      If Plaintiff fails to file an amended complaint by the deadline above, this action will be dismissed.

      This Order terminates Docket No. 15.

      IT IS SO ORDERED.

DATED: 3/19/13

                                                  YVONNE GONZALEZ ROGERS
                                                  UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\CR.13\Gorham0890.grantEOT.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARTIS E GORHAM JR,

      Plaintiff,

v.

A HEDGTHPETH et al,

      Defendant.

Case Number: CV12-00890 YGR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Artis E. Gorham D-40352
Salinas Valley State Prison
FAC B3-111 Low
P.O. Box 1050
Soledad, CA 93960

Dated: March 19, 2013

                Richard W. Wieking, Clerk
                By: Lisa Clark, Deputy Clerk