UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTIS E. GORHAM,

        Plaintiff,

   v.

A. SOLIS, et al.,

        Defendants.

Case No. 12-cv-00890-WHO

**AMENDED ORDER VACATING BRIEFING SCHEDULE;**

**AMENDED ORDER DIRECTING MARSHAL TO SERVE A COPY OF THE AMENDED COMPLAINT ON AN ADDITIONAL DEFENDANT**

    The Court directs the U.S. Marshal to serve a copy of the amended complaint and all attachments thereto (Docket No. 17), the order of service (Docket No. 20), and summons on an additional defendant, R. Parin, a Salinas Valley correctional officer, who, plaintiff Artis Gorham alleges, filed false disciplinary charges against him in retaliation for plaintiff filing a complaint against other correctional officers. When liberally construed, plaintiff has stated a claim against Parin under 42 U.S.C. §1983.

    After service has been completed, or after receiving notice that service cannot be completed, the Court will set a new briefing schedule for all parties. Accordingly, the current briefing schedule is VACATED. Defendants' motion to extend time to file a dispositive motion (Docket No. 30) is DENIED as moot. This order terminates Docket No. 30.

**IT IS SO ORDERED.**

**Dated:** January 28, 2014

                                                  WILLIAM H. ORRICK
                                                  United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARTIS E GORHAM JR,

        Plaintiff,

  v.

A HEDGTHPETH et al,

        Defendant.

Case Number: CV12-00890 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Artis E. Gorham D-40352
Salinas Valley State Prison
FAC B3-121 Low
P.O. Box 1050; B3 121 Low
Soledad, CA 93960-1050

Dated: January 28, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk