1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

ARTIS E. GORHAM,

Case No.  12-cv-00890-WHO (PR)

Plaintiff,

12

**ORDER SETTING BRIEFING**

13

v.

**SCHEDULE**

14

A. SOLIS, et al.,

15

Defendants.

16

17        The Court vacated the previous briefing schedule because another defendant had to

18   be served.  Service having been accomplished, the Court sets the following briefing

19   schedule.

20        On July 17, 2014, defendants shall file a dispositive motion, or notice regarding

21   such motion, in response to the amended complaint, and in conformity with the order of

22   service (Docket No. 20).  Plaintiff Gorham's opposition to such motion, if any, shall be

23   filed within forty-five days after defendants have filed their motion.  Defendants shall file

24   a reply, if any, within fifteen days of the opposition being filed.  **Defendants are to**

25   **adhere to the notice provisions detailed in Sections 2.a and 10 of the order of service**

26   **(Docket No. 20).**  The motion shall be deemed submitted as of the date the reply brief is

27   due.  No hearing will be held on the motion unless the Court so orders at a later date.

28

United States District Court
Northern District of California

1       All communications by Gorham with the Court must be served on defendants, or
2   defendants' counsel once counsel has been designated, by mailing a true copy of the
3   document to defendants or defendants' counsel.

4       Discovery may be taken in accordance with the Federal Rules of Civil Procedure.
5   No further court order under Federal Rule of Civil Procedure 30(a)(2) or Local Rule 16-1
6   is required before the parties may conduct discovery.

7       It is Gorham's responsibility to prosecute this case.  He must keep the court
8   informed of any change of address and must comply with the Court's orders in a timely
9   fashion.  Failure to do so may result in the dismissal of this action for failure to prosecute
10  pursuant to Federal Rule of Civil Procedure 41(b).

11      Extensions of time must be filed no later than the deadline sought to be extended
12  and must be accompanied by a showing of good cause.

13      Gorham's motion for summary judgment (Docket No. 38), which the Court
14  construes as a renewal of his motion for default judgment, is DENIED.

15      The Clerk shall terminate Docket No. 38.

16      **IT IS SO ORDERED.**

17  **Dated:**  April 2, 2014



WILLIAM H. ORRICK
United States District Judge

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ARTIS E GORHAM JR,

          Plaintiff,

  v.

A SOLIS, et al,

          Defendant.

_____/

        Case Number: CV12-00890 WHO

      **CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.


Artis E. Gorham D-40352
Salinas Valley State Prison
FAC B3-121 Low
P.O. Box 1050; B3 121 Low
Soledad, CA 93960-1050


Dated: April 2, 2014

                        *Jean M. Davis*
                        Richard W. Wieking, Clerk
                        By: Jean Davis, Deputy Clerk