**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ARTIS GORHAM,

        Plaintiff,

    v.

S. HATTON, et al.,

        Defendants.

_____/

No. 12-CV-00890 WHA (NJV)

ORDER AND WRIT OF HABEAS
CORPUS AD TESTIFICANDUM

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of ARTIS E. GORHAM, inmate no. D-40352, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: May 14, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, Salinas Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of ARTIS E. GORHAM, inmate no. D-40352, in your custody in the hereinabove-mentioned institution, before the United States District Court  at Solano State Prison on June 18, 2015, at 1:00 p.m., in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of  GORHAM v. HATTON, et al, and

1  at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or

2  abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of

3  said prisoner, and further  to produce said prisoner at all times necessary until the termination of the

4  proceedings for which his testimony is required in this Court;

5      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court

6  for the Northern District of California.

7

8  Dated:  May 14, 2015

9                                                RICHARD WIEKING
                                                 CLERK, UNITED STATES DISTRICT COURT

10

11                                               By: Linn Van Meter
                                                     Administrative Law Clerk

12

13

14

15  Dated:  May 14, 2015                         _____
                                                 NANDOR J. VADAS
16                                               United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California



2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ARTIS E. GORHAM,                                      No. 12-CV-00890 WHO (NJV)

        Plaintiff,

    v.                                                     CERTIFICATE OF SERVICE

S. HATTON, et al.,

        Defendants.

_____/

      I, the undersigned, hereby certify that on May 14, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Artis E. Gorham
D-40352
Salinas Valley State Prison
FAC B3-121 Low
P.O. Box 1050; B3 121 Low
Soledad, CA 93960-1050

Prisoner Litigation Coordinator
Salinas Valley State Prison
PO Box 1020
Soledad, CA   93960

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas