UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ARTIS E. GORHAM,<br><br>        Plaintiff,<br><br>   v.<br><br>S. HATTON, et al.,<br><br>        Defendants. | Case No.  12-cv-00890WHO (NJV)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE, STATUS CONFERENCE AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

      Due to the unavailability of Defense Counsel, the settlement conference scheduled in this case for June 18, 2015, and the status conference scheduled for June 9, 2015, are HEREBY VACATED.  The writ of habeas corpus ad testificandum issued for the appearance of Plaintiff at the settlement conference is also VACATED.  Plaintiff shall not be transported.

      The settlement conference will be reset as soon as the court's schedule permits.

      **IT IS SO ORDERED**.

Dated:  May 18, 2015

                                                               NANDOR J. VADAS<br>
                                                              United States Magistrate Judge