UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTIS E. GORHAM,
Plaintiff,

v.

S. HATTON, et al.,
Defendants.

Case No. 12-cv-00890-WHO (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on August 20, 2015 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

( X ) Plaintiff, Artis E. Gorham Pro Se.

( ) Warden or warden's representative

( X ) Office of the California Attorney General, Elliott T. Seals and Heidi Seo.

( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

________________________________________

(3) The outcome of the proceeding was:

( X ) The case has been completely settled. A telephonic status conference is set for September 22, 2015. The parties are instructed to dial 888.684.8852 and enter access code 1868782 to make their appearances.

( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet

United States District Court
Northern District of California

attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: August 26, 2015

NANDOR J. VADAS
United States Magistrate Judge

United States District Court
Northern District of California

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS E. GORHAM,<br>Plaintiff,<br>v.<br>S. HATTON, et al.,<br>Defendants. | Case No. 12-cv-00890-WHO (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 26, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Artis E. Gorham ID: D-40352
Salinas Valley State Prison FAC B3-121 Low
P.O. Box 1050; B3 121 Low
Soledad, CA 93960-1050

Dated: August 26, 2015

Richard W. Wieking
Clerk, United States District Court

By:________________________
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS