United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTIS E. GORHAM,

    Plaintiff,

    v.

ANTHONY HEDGPETH, et al.,

    Defendants.

Case No. 12-cv-00890-WHO (PR)

**ORDER OF DISMISSAL AND JUDGMENT**

    Pursuant to the parties' stipulation for voluntary dismissal with prejudice (Docket No. 83), this federal civil rights action is DISMISSED with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

    The Clerk shall enter judgment in accordance with the stipulation and close the file.

    **IT IS SO ORDERED.**

**Dated:** September 2, 2015

_____
WILLIAM H. ORRICK
United States District Judge